| | |
|---|---|
| 1 | Jason A. Geller (CA SBN 168149)<br>jgeller@fisherphillips.com |
| 2 | Juan C. Araneda (CA SBN 213041)<br>jaraneda@fisherphillips.com |
| 3 | FISHER & PHILLIPS LLP<br>One Embarcadero Center, Suite 2050 |
| 4 | San Francisco, CA 94111<br>Telephone: 415/490-9000 |
| 5 | Facsimile: 415/490-9001 |
| 6 | Attorneys for Defendants<br>WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC., |
| 7 | and WAL-MART STORES EAST, L.P. |
| 8 | |
| 9 | Jeremy Pasternak (CA SBN 181618)<br>jdp@pasternaklaw.com |
| 10 | Deanna L. Maxfield (CA SBN 291913)<br>dm@pasternaklaw.com |
| 11 | LAW OFFICES OF JEREMY PASTERNAK<br>445 Bush Street, Sixth Floor |
| 12 | San Francisco, CA 94108<br>Telephone: (415) 693-0300 |
| 13 | Facsimile: (415) 693-0393 |
| 14 | Attorneys for Plaintiff<br>ROSE MARTINEZ |

**IT IS SO ORDERED**
*/s/ Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE MARTINEZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware Corporation, individually and d/b/a WAL-MART #2161; WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART STORES EAST, L.P., a Delaware Limited Liability Partnership; and Does 1-20, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:17-cv-06939-SI<br><br>[*Removed from Alameda County Superior Court, Case No. RG17880457*]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(ii)** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ROSE |
| 2 | MARTINEZ and Defendants WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC., |
| 3 | and WAL-MART STORES EAST, L.P., by and through their respective attorneys of record, that |
| 4 | the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety and |
| 5 | with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties |
| 6 | further stipulate that each party shall bear their own costs and attorneys' fees. The Clerk shall |
| 7 | close this file. |

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: June 22, 2018      FISHER & PHILLIPS LLP


By:   */s/ Juan C. Araneda*
     Jason A. Geller
     Juan C. Araneda
     Attorneys for Defendants
     WAL-MART STORES, INC., WAL-
     MART ASSOCIATES, INC.,
     and WAL-MART STORES EAST, L.P.

Respectfully submitted,

DATED: June 22, 2018      LAW OFFICES OF JEREMY PASTERNAK


By:   */s/ Deanna L. Maxfield*
     Jeremy Pasternak
     Deanna L. Maxfield
     Attorneys for Plaintiff
     ROSE MARTINEZ

# **DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiff Rose Martinez.

DATED: June 22, 2018 */s/Juan C. Araneda*
Juan C. Araneda